IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No. 18 - 009 (CKK) |
| : | |
| RONALD HINKLE : | |

**EMERGENCY MOTION TO MODIFY BOND CONDITIONS
TO PERMIT DEFENDANT TO RE-CERTIFY HIS MEDICAID BENEFITS
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to grant this emergency motion to temporarily modify his conditions of release in order to permit him to travel to the Office of Health and Human Services to re-certify his medicaid benefits. In support of this motion defendant states as follows:

1. As the Court knows, on or about October 11, 2022, Mr. Hinkle was released on home detention conditions that restrict him to his home except for court-approved matters. Defendant is currently residing with his maternal aunt and grandmother in the D.C. Metropolitan area under the supervision of the Pretrial Services Agency.

2. Last night counsel learned that Mr. Hinkle he needs to re-certify his Medicaid benefits by April 30, 2023. Since April 30th falls on a Sunday, Mr. Hinkle actually has until Friday April 28th to re-certify his benefits.

3. Counsel discussed the situation with Ms. Schuck, Mr. Hinkle's assigned Pretrial Services Agency ("PSA") officer. Ms. Schuck informed counsel that Mr. Hinkle needs to go to the Office of Health and Human Services to obtain his Medicaid re-certification. Ms. Schuck

recognized that it is important for Mr. Hinkle to maintain his Medicaid certification while he is on supervision. She made counsel aware of the exigency of the situation, and indicated that if the Court grants Mr. Hinkle's request to obtain his re-certification, she expects to be able to arrange for Mr. Hinkle to go to the Office of Health and Human Services on or before April 28th so that he can meet his current deadline.

4.      Ms. Schuck further indicated that Mr. Hinkle remains fully compliant with all of his conditions, and that he has repeatedly demonstrated that he takes his supervision requirements very seriously. Thus, she indicates that she does not oppose the request to obtain re-certification of his Medicaid benefits, but she informed counsel that Mr. Hinkle needs court approval to be able to leave his residence to obtain his Medicaid re-certification. Thus, counsel is filing this motion, and due to the time constraints counsel is also requesting that the Court grant authority to PSA to be able to direct and supervise the scheduling and monitoring of his appointment to get the re-certification.

5.      Counsel understands that yesterday the PSA officer sent an e-mail to government counsel, letting him know of Mr. Hinkle's urgent need to obtain approval to get his Medicaid benefits re-certified. This morning undersigned counsel provided government counsel with a copy of the instant motion and informed him that it was being filed this morning. However, due to the extreme time constraints, counsel filed the motion without waiting to obtain the government's position.

WHEREFORE, defendant respectfully requests that the Court permit him to leave his residence to obtain re-certification of his Medicaid benefits. Defendant further requests that the Court authorized PSA to arrange for Mr. Hinkle to obtain re-certification under its direction and supervision.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Emergency Motion To Modify Bond Conditions To Permit Defendant to Re-certify Medicaid Benefits has been filed via the Court's Electronic Filing System (ECF), causing a copy to be served upon government counsel of record, this  25th  day of April, 2023.

/s/
Howard B. Katzoff