# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 18-009 (CKK)** |
| : | |
| **RONALD HINKLE** : | |

## ORDER

(April 25, 2023)

This Court has considered the Defendant's Motion To Modify Bond Conditions To Permit Defendant to Re-certify Medicaid Benefits, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this 25th day of April, 2023,

**ORDERED**, that Defendant's motion is hereby **GRANTED**, and it is

**FURTHER ORDERED** that Ronald Hinkle is permitted to leave his residence to re-certify his Medicaid benefits before April 30, 2023; and it is

**FURTHER ORDERED** that the Pretrial Services Agency (PSA) is authorized to arrange for Mr. Hinkle to obtain re-certification of his Medicaid benefits under its direction and supervision. Defendant shall call his PSA Officer before he leaves his home and when he returns; and all other conditions shall remain the same.

**SO ORDERED**.

/s/
_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE