IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | **Criminal No.  18 - 009  (CKK)** |
| | : | |
| **RONALD   HINKLE** | : | |

**ORDER**

This Court has considered the Defendant's Motion To Temporarily Modify Conditions of Release in order to permit Defendant to leave his residence under the direction and supervision of the Pretrial Services Agency (PSA) for a Department of Transportation (DOT) physical examination and to take the test for his CDL learner's permit, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this _____ of _____ , 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Ronald Hinkle is permitted to leave his residence under the direction and supervision of the Pretrial Services Agency (PSA) to submit to a DOT physical examination and to take the test for his Commercial Driver's License (CDL) learner's permit. PSA is to confirm and approve the specific dates and times prior to the appointments; and it is

**FURTHER ORDERED** that that the defendant shall call his PSA Officer before he leaves his home and when he returns; and that all other conditions shall remain the same.

**SO ORDERED**.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE