IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 18 - 09 (CKK) |
| | : | |
| RONALD HINKLE | : | |

## NOTICE OF DEFENDANT'S SPEEDY TRIAL WAIVER
## BETWEEN MAY 9, 2023 AND JUNE 16, 2023

Defendant, Ronald Hinkle, hereby consents to the exclusion of time for purposes of Speedy Trial calculations between May 9, 2023 and June 16, 2023.

5-12-23
Date

Ronald Hinkle

Respectfully submitted,

/s/ Howard B. Katzoff
Howard B. Katzoff (Bar# 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

- 1 -

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Defendant's Speedy Trial Waiver was filed via the Electronic Court Filing System (ECF), causing a copy to be served on government counsel of record. this __15TH__ day of __May__, 2023.

                                                    /s/ *Howard B. Katzoff*
                                                  Howard B. Katzoff