IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 18 - 09 (CKK) |
| | : |
| RONALD HINKLE | : |

### DEFENDANT'S CONSENT TO PROCEED VIA ZOOM VIDEOCONFERENCE AT THE HEARING ON JUNE 16, 2023

Defendant, Ronald Hinkle, hereby consents to proceeding via Zoom Videoconference at the hearing on June 16, 2023.

5-12-23
Date

Ronald Hinkle

Respectfully submitted,

/s/ Howard B. Katzoff
Howard B. Katzoff (Bar# 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Consent to Proceed Via Zoom Video Conference at the hearing on June 16, 2023, was filed via the Electronic Court Filing System (ECF), causing a copy to be served on government counsel of record. this __12TH__ day of __May__, 2023.

/s/ *Howard B. Katzoff*
Howard B. Katzoff