**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  18 - 009 (CKK)** |
| | **:** | |
| | **:** | |
| **RONALD   HINKLE** | **:** | |
| | **:** | |

**UNOPPOSED MOTION TO PERMIT DEFENDANT TO LEAVE HIS RESIDENCE
TO ATTEND U.P.O.'s WORKFORCE INSTITUTE CDL TRAINING PROGRAM
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this

Court to modify his conditions of release to permit him to leave his residence under the

supervision of the Pretrial Services Agency ("PSA") to attend a pre-enrollment meeting at the

United Planning Organization's Workforce Institute CDL training program, and to attend follow-

up meetings and classes if he is eligible for the program. In support of this motion defendant

states as follows:

1.       On or about October 11, 2022, Mr. Hinkle was released on home detention

conditions that restrict him to his home except for court-approved matters.  Defendant is

currently residing with his maternal aunt and grandmother in the D.C. Metropolitan area under

the supervision of the Pretrial Services Agency.

2.       At the January status hearing before Your Honor, the Court asked if Mr. Hinkle is

working.  Since the hearing Mr. Hinkle has been inspired to improve his employment training

and skills in order to put him in the best position to succeed when this case is over.  Over the past

few months Mr. Hinkle sought and obtained the Court's permission to leave his residence to

obtain his driver's license, his Department of Transportation physical examination, and

Commercial Driver's License ("CDL") learner's permit.  Mr. Hinkle was successful in obtaining his driver's license and his CDL learner's permit.  He also passed his DOT physical examination. Moreover, according to Ms. Schuck, his current Pretrial Services Agency ("PSA") Officer, he was extremely responsible in accomplishing each of the tasks within the parameters set by the Court and PSA.

3.      Defendant recently learned that the United Planning Organization, a well-recognized resource in the community, runs a Workforce Institute Program - which includes a Commercial Driver's License training program.  The office is located in the District of Columbia, and the address has been provided to Mr. Hinkle's PSA office.  Consistent with his desire to continue to gain employment skills and to put himself in the best position to succeed when this case is over, Mr. Hinkle would like to participate in U.P.O.'s Workforce Institute CDL training program.  The next class starts next month.  There is a pre-enrollment meeting at the UPO office location on Wednesday May 17, 2023 at 10:00 A.M.  Prospective participants must provide a copy of their driver's license, CDL learner's permit, high school diploma, social security number, and birth certificate.  Mr. Hinkle has gathered all of the necessary documents and would like to attend the pre-enrollment meeting to see if he is eligible to begin to participate in the CDL training classes that begin in June.

4.      Thus, Mr. Hinkle requested permission from Ms. Schuck to attend the meeting on May 17th, and any follow-up meetings as necessary.   Ms. Schuck is familiar with the U.P.O. CDL program and has had clients in the past participate in the program.  Ms. Schuck, as she has done in the past, informed Mr. Hinkle that the Court must approve his request, and she alerted undersigned counsel regarding her discussion with Mr. Hinkle.

5.      Thereafter, undersigned counsel contacted Ms. Schuck.  She confirmed that Mr. Hinkle continues to be fully compliant with all of his conditions, and that he is one of the most responsible defendants on her caseload.  She indicated that based on Mr. Hinkle's level of responsibility and record of compliance to date she does not oppose his request.  She further indicated that she is comfortable that she will be able to confirm each appointment in advance, set the appropriate time period for defendant to be away from his residence, and monitor his compliance on each occasion. As a result, Ms. Schuck recommended that the defendant make this request without trying to provide the exact dates and times - giving her office sufficient flexibility to be able to verify and supervise appointments and/or classes - without the need to file additional motions each time there is a meeting or class scheduled.  Ms. Schuck's explained that in her experience there are often scheduling changes, and therefore when a defendant has shown a high level of responsibility, as Mr. Hinkle has done, it makes better sense to give PSA the flexibility to  supervise the defendant's ability to leave his residence to attendance at such meetings.  Otherwise, additional motions will have to be filed any time there is a change in schedule, and Mr. Hinkle will likely have to miss some appointments and/or classes.   Thus, undersigned counsel is submitting this request without specific details.  However, as in the past, counsel will provide specific details if the Court so requests.

6.      The government authorized the defendant to represent that it does not object to Mr. Hinkle attending the May 17, 2023 pre-enrollment meeting at U.P.O.'s Workforce Institute, and does not oppose Mr. Hinkle attending follow-up meetings and classes for U.P.O.'s CDL Training Program under the supervision of the PSA.

WHEREFORE, defendant respectfully requests that the Court permit him to leave his residence to attend a pre-enrollment meeting on May 17, 2023 at 10:00 A.M. at U.P.O.'s Workforce Training Institute - CDL Training Program; to attend follow-up meetings and classes for U.P.O.'s CDL Training Program; and to permit the Pretrial Services Agency to approve and supervise the defendant's travel to and from U.P.O. meetings and classes.

Respectfully submitted,

/s/
Howard  B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been filed via the Court's Electronic Filing System (ECF), causing a copy to be served upon  government counsel of record,  this __15th____ day of May, 2023.

/s/
Howard B. Katzoff