## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  18 - 009  (CKK)** |
| | **:** | |
| | **:** | |
| | **:** | |
| **RONALD   HINKLE** | **:** | |
| | **:** | |

### ORDER

This Court has considered the Defendant's Unopposed Motion To Modify Conditions of Release in order to permit Defendant to leave his residence to attend the United Planning Organization's Workforce Institute - CDL Training Program under the supervision of the Pretrial Services Agency, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this _____ of ___May_____ , 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Ronald Hinkle is permitted to leave his residence to attend the pre-enrollment meeting at the U.P.O. Workforce Institute - Commercial Driver's License (CDL) Training Program, and to attend any follow-up meetings and classes for the CDL Training Program.  PSA is to confirm and approve the specific dates and times prior to any meetings and classes;  and Mr. Hinkle is to call his PSA Officer before he leaves his home and when he returns.  All other conditions shall remain the same.

**SO ORDERED**.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE