**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Criminal No.  18 - 009 (CKK)** |
| | : | |
| | : | |
| **RONALD   HINKLE** | : | |
| | : | |

**UNOPPOSED MOTION FOR DEFENDANT TO GET MONTHLY HAIRCUTS**
**AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to modify his conditions of release to permit him to get a haircut on the days of his monthly in-person meetings at the office of the Pretrial Services Agency ("PSA"), and to permit the Pretrial Services Agency to approve and coordinate the dates and times for the haircuts. In support of this motion defendant states as follows:

1.      On or about October 11, 2022, Mr. Hinkle was released on home detention conditions that restrict him to his home except for court-approved matters.  Defendant is currently residing with his maternal aunt and grandmother in the D.C. Metropolitan area under the supervision of the Pretrial Services Agency.

2.      Undersigned counsel recently discussed with the defendant's PSA officer, Ms. Schuck, possible alternatives for Mr. Hinkle to be able to get a haircut periodically.   Ms. Schuck informed counsel that some of her HISP clients schedule haircuts on the day of their monthly in-person meeting with the PSA officer, and that based on Mr. Hinkle's compliance with his house arrest conditions she would recommend that such a process be approved for him as well. Recognizing that Mr. Hinkle is on GPS monitoring, and that meetings sometimes have to be

changed, Ms. Schuck also recommended that counsel request permission for the Pretrial Services

Agency to approve and monitor the defendant's time away from his residence for the haircuts.

3.      Finally, Ms. Schuck confirmed that Mr. Hinkle continues to be fully compliant with

all of his conditions, and continues to be one of the most responsible defendants on her caseload.

She indicated that based on Mr. Hinkle's level of responsibility and record of compliance to date

she agrees with the request for him to be able to get haircuts.  She further indicated that she is

comfortable that she will be able to adequately monitor Mr. Hinkle's time away from his residence

to get haircuts on those dates.

4.      The government authorized the defendant to represent that it does not object

to the request for Mr. Hinkle to be able to get haircuts as approved and monitored by the PSA

Office.

WHEREFORE, defendant respectfully requests that the Court to permit him to get a

haircut on the days that he appears for his monthly in-person meetings at the office of the Pretrial

Services Agency ("PSA"), and to permit the Pretrial Services Agency to approve, coordinate, and

monitor defendant's time away from his residence for the haircuts.

Respectfully submitted,

/s/
Howard  B. Katzoff (Bar No. 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that a copy of the foregoing motion has been filed via the Court's

Electronic Filing System (ECF), causing a copy to be served upon  government counsel of record,

this   8<u>th</u>_____ day of June, 2023.


_____/s/_____
Howard B. Katzoff