IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.   : | **Criminal No. 18 - 009  (CKK)** |
| : | |
| **RONALD   HINKLE** : | |

### ORDER

This Court has considered the Defendant's Unopposed Motion For Defendant to Get Monthly Haircuts under the supervision of the Pretrial Services Agency, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this _____ of ___June___, 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Ronald Hinkle is permitted to get a haircut on the days that he appears for his monthly in-person meetings at the office of the Pretrial Services Agency ("PSA"), and that Pretrial Services Agency is authorized to approve, coordinate, and monitor defendant's time away from his residence for the haircuts. All other conditions shall remain the same.

**SO ORDERED**.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE