IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.  18 - 09  (EGS) |
| : | |
| RONALD HINKLE : | |

**JOINT STATUS REPORT**

In response to the Court's May 9, 2023 Minute Order, through undersigned counsel, the parties respectfully submit  this Joint Status Report regarding the posture of the case.

1.  Over the past several weeks, the parties have been actively engaged in plea negotiations.  While the negotiations have been productive, to date an agreement has not been reached.  The parties remain hopeful that an agreement in principle can be reached before the upcoming status hearing on June 16th, and that a change of plea hearing can be set at that time.

2.  The parties expect to be in a better position to inform the court as to whether the parties have reached an agreement in principle next week prior to the status hearing.

3.  The parties ask to be permitted to file a further status report regarding the posture of the case by 3:00 p.m. on June 15th.

Respectfully submitted,

 /s/     Howard B. Katzoff
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report has been filed via the Electronic Court Filing System (ECF), causing a copy to be served government and defense counsel this  9th  day of  June , 2023.

                                                    /s/ *Howard B. Katzoff*
                                                  Howard B. Katzoff