# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | : |
| | : |
| | : |
| v. | : Criminal No.  18 - 09  (EGS) |
| | : |
| | : |
| **RONALD HINKLE** | : |
| | : |

## JOINT STATUS REPORT

In response to the Court's May 13, 2023 Minute Order, through undersigned counsel, the parties respectfully submit this Joint Status Report regarding the posture of the case.

The parties have continued to negotiate over the past week. An agreement in principle has been reached, but the parties now need time to finalize the agreement and reduce it to writing. Thus, the parties recommend a three week continuance of the status hearing.

The defendant has authorized counsel to represent that he agrees to waive his Speedy Trial rights until the continued status hearing.

Wherefore, the parties recommend that the status hearing be continued for about three weeks to a date that is agreeable with the Court and the parties.

Respectfully submitted,

 /s/   *Howard B. Katzoff*
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report has been filed via the Electronic Court Filing System (ECF), causing a copy to be served government and defense counsel this  15th  day of    June    , 2023.

                                              /s/ *Howard B. Katzoff*
                                              Howard B. Katzoff