**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| | **:** | |
| **v.** | **:** | **Criminal No.  18 - 09  (EGS)** |
| | **:** | |
| | **:** | |
| **RONALD HINKLE** | **:** | |
| | **:** | |

## CORRECTED JOINT STATUS REPORT

In response to the Court's June 14, 2023 Minute Order, through undersigned counsel, the

parties respectfully submit  this Joint Status Report regarding the posture of the case.

The parties have continued to negotiate over the past week.  An agreement in principle

has been reached, but the parties now need time to finalize the agreement and reduce it to

writing.   Thus, the parties recommend a three week continuance of the status hearing.

The defendant has authorized counsel to represent that he agrees to waive his Speedy

Trial rights until the continued status hearing.

 Wherefore, the parties recommend that the status hearing be continued for about three

weeks to a date that is agreeable with the Court and the parties.

Respectfully submitted,


 /s/     *Howard B. Katzoff*
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Joint Status Report has been filed via the

Electronic Court Filing System (ECF), causing a copy to be served government and defense

counsel this   15th   day  of      June      , 2023.


                                                /s/ *Howard B. Katzoff*

                                                Howard B. Katzoff