IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA :
:
v. : Criminal No. 18 - 09 (CKK)
:
RONALD HINKLE :

## NOTICE OF DEFENDANT'S SPEEDY TRIAL WAIVER
## BETWEEN JUNE 16, 2023 AND JULY 7, 2023

Defendant, Ronald Hinkle, hereby consents to the exclusion of time for purposes of Speedy Trial calculations between June 16, 2023 and July 7, 2023.

_6-18-23_
Date

_[signature]_
Ronald Hinkle

Respectfully submitted,

_/s/ Howard B. Katzoff_
Howard B. Katzoff (Bar# 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoflh@aol.com
Counsel for Ronald Hinkle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Defendant's Speedy Trial Waiver was filed via the Electronic Court Filing System (ECF), causing a copy to be served on government counsel of record. this __20th__ day of __June__, 2023.

/s/ *Howard B. Katzoff*
Howard B. Katzoff