UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v.                                            ) | Criminal  No. 18 - 09 (CKK) |
| ) | |
| ) | |
| RONALD HINKLE                ) | |
| ) | |

**JOINT STATUS REPORT REGARDING THE POSTURE OF THE CASE**

The defendant, Ronald Hinkle, by and through undersigned counsel, on behalf of the parties respectfully submits this joint status report regarding the posture of the case.

1.  In the last joint status report, the parties informed the Court that an agreement in principle has been reached to resolve the case short of trial, but the parties needed time to finalize the agreement and reduce it to writing.  At the parties' request the Court scheduled the status / plea hearing on July 7, 2023, and ordered the parties to provide a further status report by July 5th, as well as plea documents if the defendant intended to plead guilty on July 7th.

2.  The government has provided counsel with draft plea paperwork, including the draft proffer in support of the plea, and the parties continue to work to finalize the agreement and the documents. However, undersigned counsel miscalculated the time needed  to meet with the defendant and finalize the plea paperwork when the  July 7th hearing date was requested.  Due to other professional responsibilities and out-of-town commitments, counsel needs additional time to be able to meet with the defendant and confer with government counsel in order to finalize the agreement and paperwork. Therefore, the parties will not be able to  provide a copy of the plea documents to the Court by noon on July 5th, and will not be ready for a plea hearing on July 7th.

3. The parties remain confident that the matter will be resolved. Therefore, the parties recommend that the Court schedule a continued status conference / plea hearing later in July.

4. The parties are recommending that the hearing be continued to July 26th, 27th, or 28th at a time that is convenient for the Court. [1]  If those dates are not available, the parties can work with the Court to find a date and time that is agreeable with the Court and the parties.

5. Undersigned counsel discussed with the defendant his rights under the Speedy Trial Act, and he agrees to waive his speedy trial rights between July 7, 2023 and the next hearing date. A waiver signed by the defendant will be filed on or before July 7th. The parties submit that the requested continuance best serves the interests and ends of justice and outweighs the interests of the defendant and the public in a speedy trial.

6. Government counsel has reviewed this joint status report and authorized counsel to represent that he agrees with the representations herein.

WHEREFORE, the parties respectfully recommend that the status conference / plea hearing be continued for a few weeks to a date that is agreeable with the Court and the parties.

Respectfully submitted,

/s/
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

---

[1]  Although the parties believe that the plea paperwork might be finalized by July 14th, undersigned counsel will be out-of town July 14th through July 23rd.  Thus, the parties are proposing a continued status / plea hearing July 26th, 27th, or 28th, if possible.

CERTIFICATE OF SERVICE

      I hereby certify that the foregoing Joint Status Report Regarding the Posture of the Case has been filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record this __3rd___ day of July, 2023.

                                                __/s/_____  
                                                Howard B. Katzoff