IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA          :
                                  :
v.                                :   Criminal No. 18 - 09 (CKK)
                                  :
RONALD HINKLE                     :

## NOTICE OF DEFENDANT'S SPEEDY TRIAL WAIVER BETWEEN JULY 7, 2023 AND NEXT COURT HEARING

Defendant, Ronald Hinkle, hereby consents to the exclusion of time for purposes of Speedy Trial calculations between July 7, 2023 and the continued status conference / plea hearing.

7-5-23
Date

_____
Ronald Hinkle

Respectfully submitted,

/s/ Howard B. Katzoff
Howard B. Katzoff (Bar# 348292)
717 D Street, N.W., Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle