IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.  : | Criminal No. 18 - 009 (CKK) |
| : | |
| RONALD HINKLE  : | |

### UNOPPOSED MOTION TO PERMIT DEFENDANT TO LEAVE HIS RESIDENCE ON AUGUST 5, 2023 TO ATTEND A FAMILY BIRTHDAY CELEBRATION AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to temporarily modify his conditions of release to permit him to leave his residence on August 5, 2023 between the hours of 4:30 P.M. and 8:30 P. M., to attend his grandmother's birthday celebration in the District of Columbia at an address provided to the Pretrial Services Agency for verification. In support of this motion defendant states as follows:

1. As the Court is aware, on or about October 11, 2022, Mr. Hinkle was released on home detention conditions that restrict him to his home except for court-approved matters. Defendant is currently residing with his maternal aunt and grandmother in the D.C. Metropolitan area under the supervision of the Pretrial Services Agency. On August 5, 2023, defendant's family is having a birthday celebration for the grandmother with whom he is currently residing. Defendant would like to attend the celebration and honor his grandmother. The party is scheduled to begin at 5:00 p.m. and end at 8:00 p.m.. Thus, he respectfully requests permission to be able to leave his residence for the purpose of attending his grandmother's birthday celebration, including travel time. Defendant will be driven directly to and from the party by his mother or aunt.

2. Undersigned counsel contacted the Pretrial Services Agency ("PSA") officer, to inquire about Mr. Hinkle's compliance, and PSA's position regarding the request to be able to leave his residence to attend his grandmother's birthday celebration. In addition, counsel provided the PSA with the address and time for the birthday celebration. As his current PSA compliance report indicates, Mr. Hinkle remains fully compliant with all of his conditions. Furthermore, he has fully complied with his modified conditions each time he has been granted permission to leave his residence. Thus, as his PSA officer has done in the past, counsel is authorized to represent that PSA is not opposing the request, instead deferring to the Court. In addition, as noted in previous motions, PSA confirms that Mr. Hinkle remains on GPS/location monitoring, so PSA can confirm his location during his time away from his residence as appropriate.

3. The government indicated that it does not oppose the defendant's request to leave his residence on August 5, 2023 to attend his grandmother's birthday celebration for the hours requested.

WHEREFORE, defendant respectfully requests that the Court permit him to leave his residence on August 5, 2023, between the hours of 4:30 P.M. and 8:30 P.M., to attend his grandmother's birthday celebration

Respectfully submitted,

/s/
Howard B. Katzoff (Bar No. 348292)
717 D Street, NW Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been filed via the Court's Electronic Filing System (ECF), causing a copy to be served upon government counsel of record, this __25th__ day of July, 2023.

      /s/
Howard B. Katzoff