IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 18 - 009 (CKK)** |
| : | |
| **RONALD HINKLE** : | |

### ORDER

This Court has considered the Defendant's Unopposed Motion To Temporarily Modify Conditions of Release in order to permit Defendant to leave his residence on August 5, 2023, between the hours of 4:30 p.m. and 8:30 p.m., to attend a birthday celebration for his grandmother at an address previously provided to the Pretrial Services Agency, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this _____ of _____, 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Ronald Hinkle is permitted to leave his residence on August 5, 2023 between the hours of 4:30 P.M. and 8:30 P.M. for the purpose of attending his grandmother's birthday celebration; and it is

**FURTHER ORDERED** that he call his PSA Officer before he leaves his home and when he returns; and that all other conditions shall remain the same.

**SO ORDERED**.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE