UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA,       )<br>                                                          )<br>                                                          )<br>           v.                                           )<br>                                                          )<br>                                                          )<br>RONALD  HINKLE                            )<br>                                                          ) | Crim No.  18 - 009 (CKK) |

**PARTIES' JOINT STATUS REPORT**
**PURSUANT TO COURT'S JULY 18, 2023 MINUTE ORDER**

COMES NOW the United States and Ronald Hinkle, through counsel, and submit this Joint Status Report in response to the Court's July 18, 2023 Minute Order.

The parties have finalized the plea paperwork and will forward copies to the Court today. The parties expect to go forward with the plea hearing on Wednesday August 2, 2023. Government counsel has reviewed this Joint Status Report and authorized undersigned counsel to represent that the Government agrees with the representations herein.

                                                                Respectfully submitted,

                                                        /s/ *Howard B. Katzoff*
                                                  Howard B. Katzoff (Bar # 348292)
                                                  717 D Street, NW  Suite 310
                                                  Washington, D.C.  20004
                                                  (202) 783-6414
                                                  katzoffh@aol.com
                                                  Counsel for Ronald Hinkle

- 2 -

## CERTIFICATE OF SERVICE

      I hereby certify that this   31st   day of   July  , 2023, a copy of the foregoing Joint Status Report was filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

                                        /s/ *Howard B. Katzoff*
                                        Howard B. Katzoff