IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v.     : | Criminal No. 18 - 009 (CKK) |
| : | |
| **RONALD HINKLE** : | |

**UNOPPOSED MOTION TO PERMIT DEFENDANT TO LEAVE HIS RESIDENCE ON AUGUST 14, 2023 TO ATTEND A 50TH BIRTHDAY CELEBRATION FOR FAMILY AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to temporarily modify his conditions of release to permit him to leave his residence on August 14, 2023, to attend his cousin's 50th birthday celebration in Rockville, Maryland between the hours of 6:00 P.M. and 11:30 P.M. In support of this motion defendant states as follows:

1. As the Court is aware, on or about October 11, 2022, Mr. Hinkle was released on home detention conditions that restrict him to his home except for court-approved matters. Defendant continues to reside with his maternal aunt and grandmother in the D.C. Metropolitan area under the supervision of the Pretrial Services Agency without any incidents. On Monday August 14, 2023, defendant's first cousin is having a 50th birthday celebration in Rockville, Maryland and invited Mr. Hinkle. The exact address and information has separately been provided to the Pretrial Services Agency. Defendant would like to attend the celebration. Defendant would be driven directly to and from the party by his mother or another family member, and he respectfully requests permission to be able to leave his residence in the evening on August 14th for the purpose of attending the birthday celebration.

2.      Undersigned counsel contacted Christine Schuck, the assigned Pretrial Services Agency ("PSA") officer, to inquire about Mr. Hinkle's compliance, and PSA's position regarding the request to be able to leave his residence to attend the birthday party.  Counsel was informed that Mr. Hinkle remains fully compliant with all of his conditions.  He has made similar requests on two occasions and each time he was fully compliant in attending the family celebrations. She confirms that he remains on GPS location monitoring, and that his location can be monitored as needed.  She does not object to the request.

3.       The government also indicated that it does not oppose the defendant's request to leave his residence on August 14, 2023 to attend his cousin's 50th birthday celebration.

WHEREFORE, defendant respectfully requests that the Court permit him to leave his residence on August 14, 2023, to attend his first cousin's 50th birthday celebration in Rockville, Maryland between the hours of 6:00 P.M. and 11:30 P.M.

              Respectfully submitted,

              /s/
              Howard B. Katzoff (Bar No. 348292)
              717 D Street, NW  Suite 310
              Washington, D.C.  20004
              (202) 783-6414
              katzoffh@aol.com
              Counsel for Ronald Hinkle

## CERTIFICATE OF SERVICE

    I hereby certify that a copy of the foregoing motion has been filed via the Court's Electronic Filing System (ECF), causing a copy to be served upon government counsel of record, this __8th__ day of August, 2023.

                                                       /s/
                                         Howard B. Katzoff