**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Criminal No.  18 - 009  (CKK)** |
| | : | |
| **RONALD   HINKLE** | : | |
| _____ | : | |

### ORDER

This Court has considered the Defendant's Unopposed Motion To Temporarily Modify Conditions of Release in order to permit Defendant to leave his residence on Monday August 14, 2023, to attend his cousin's 50th birthday celebration in Rockville, Maryland between the hours of 6:00 P.M. and 11:30 P.M., and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this _____9th_____ of ____August____ , 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Ronald Hinkle is permitted to leave his residence on August 14, 2023, to attend his cousin's 50th birthday celebration in Rockville, Maryland between the hours of 6:00 P.M. and 11:30 P.M. - at the address previously provided to PSA.;  and it is

**FURTHER ORDERED** that he call his PSA Officer before he leaves his home and when he returns; and that all other conditions shall remain the same.

**SO ORDERED**.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE