IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 18 - 009 (CKK) |
| | : |
| RONALD HINKLE | : |

## ORDER

The Court has considered the Defendants' Unopposed Motion To Modify Defendant's Release Conditions to a Curfew, and to authorize The Pretrial Services Agency to modify the curfew as necessary for verified employment purposes, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this 11th day of September, 2023

**ORDERED** that Defendant's Motion is hereby **GRANTED**; and it is

**FURTHER ORDERED** that the defendant's release conditions shall be modified to the Curfew condition, and defendant shall now be restricted to his residence every day from 5:00 P.M. to 8:00 A.M., except that the Pretrial Services Agency is authorized to modify the defendant's curfew as necessary for verified employment purposes, including job interviews, employment-related appointments, and changes in work hours and/or days; and it is

**FURTHER ORDERED** that all other conditions remain the same.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge