IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.  18 - 009 (CKK) |
| : | |
| RONALD  HINKLE : | |

**UNOPPOSED MOTION TO EXTEND DEFENDANT'S CURFEW
ON OCTOBER 5, 2023 AND OCTOBER 7, 2023 UNTIL 10:00 P.M.
AND MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the defendant, through undersigned counsel, and respectfully moves this Court to temporarily modify his conditions of release, extending his curfew until 10:00 P.M. on October 5, 2023 and October 7, 2023, in order to permit him to attend family birthday celebrations on those dates. In support of this motion defendant states as follows:

1. As the Court is aware, on or about October 11, 2022, Mr. Hinkle was released on home detention conditions that restricted him to his home except for court-approved matters. Defendant continues to reside with his maternal aunt and grandmother in the D.C. Metropolitan area under the supervision of the Pretrial Services Agency without any incidents.  On or about September 11, 2023, the Court granted Mr. Hinkle's motion to modify his release conditions, imposing a curfew that requires him to be home from 5:00 P.M. until 8:00 A.M.

2. Mr. Hinkle has been invited to participate in two family birthday celebrations next week: 1) a birthday gathering for his granddaughter at a restaurant in Largo, Maryland on October 5th from 7:00 P.M. until about 9:30 P.M.; and 2) a 70th birthday celebration for a cousin at a private residence in the District of Columbia on October 7th from 5:00 P.M. until 10:00 P.M..

Defendant would like to attend both celebrations.  Thus, he respectfully requests that his curfew be extended until 10:00 P.M. on October 5th and 7th, 2023, which will allow him time to attend the celebrations and travel back to his residence.

3. Undersigned counsel contacted Christine Schuck, the assigned Pretrial Services Agency ("PSA") officer, to inquire about Mr. Hinkle's compliance, and PSA's position regarding the request to be able to leave his residence to attend the two birthday celebrations.  Counsel also provided the details and locations for each of the birthday celebrations.  Counsel was informed that Mr. Hinkle remains fully compliant with all of his conditions.  Ms. Schuck confirms that Mr. Hinkle remains on GPS location monitoring, and that his location can be monitored as needed; and that she does not oppose either request.

4. The government indicated that it does not oppose the defendant's request to extend his curfew until 10:00 P.M. on October 5th and October 7th, 2023, in order to permit him to attend the two birthday celebrations.

WHEREFORE, defendant respectfully requests that the Court  to extend his curfew until 10:00 P.M. on October 5, 2023 and October 7, 2023,  in order to permit him to attend family birthday celebrations.

                                          Respectfully submitted,

                                           /s/
                                        Howard  B. Katzoff (Bar No. 348292)
                                        717 D Street, NW  Suite 310
                                        Washington, D.C.  20004
                                        (202) 783-6414
                                        katzoffh@aol.com
                                        Counsel for Ronald Hinkle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing motion has been filed via the Court's Electronic Filing System (ECF), causing a copy to be served upon government counsel of record, this  28th  day of September, 2023.

                                      /s/
                            Howard B. Katzoff