IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No. 18 - 009 (CKK) |
| | : | |
| RONALD HINKLE | : | |

### ORDER

This Court has considered the Defendant's Unopposed Motion To Extend Defendant's Curfew until 10:00 P.M. on October 5, 2023 and October 7, 2023, in order to permit him to attend family birthday celebrations on those dates, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this 28th of September, 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Ronald Hinkle' curfew be extended until 10:00 P.M. on October 5, 2023 and on October 7, 2023, in order to permit him to attend the family birthday celebrations on those dates; and it is

**FURTHER ORDERED** that all other conditions shall remain the same.

**SO ORDERED**.

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE