IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 18 - 009 (CKK) |
| RONALD HINKLE | : |

### ORDER

This Court has considered the Defendant's Unopposed Motion to modify his curfew to the normal HISP curfew - 10:00 P.M. until 6:00 A.M., with all other conditions remaining the same, and it appears to the satisfaction of the Court that such relief should be granted.

**Accordingly**, it is, this ___17th___ of ___November___, 2023,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that Ronald Hinkle' curfew shall be modified to 10:00 P.M. until 6:00 A.M.; and it is

**FURTHER ORDERED** that all other conditions remain the same, including the Pretrial Service Agency's authority to modify the curfew as necessary for verified employment purposes, including job interviews, employment-related appointments, and changes in scheduled days and/or hours of employment.

**SO ORDERED.**

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE