IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v.   : | Criminal No. 18 - 09 (CKK) |
| : | |
| RONALD HINKLE : | |

UNOPPOSED MOTION TO ENLARGE TIME
TO FILE DEFENDANT'S SENTENCING MEMORANDUM
AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the Defendant, through undersigned counsel, and respectfully moves this Court for an extension of time to file his sentencing memorandum, to and including December 15, 2023. In support of this motion defendant states as follows:

1. Defendant's sentencing is scheduled on January 12, 2023, and his sentencing memorandum is due by November 30, 2023. Counsel had set aside time to prepare Mr. Hinkle's sentencing memorandum by the deadline. However, due to other professional obligations over the past few weeks counsel is unable to meet the current deadline. Thus, undersigned counsel informed government counsel of the need to file a motion for an extension of the filing deadline, and asked for the government's position so it could be included in the motion.

2. The government authorized counsel to represent that it does not oppose the request for an extension of time to file Mr. Hinkle's sentencing memorandum.

- 2 -

WHEREFORE, Defendant respectfully requests that the Court grant the defendant's request for leave to file his sentencing memorandum by December 15, 2023.

          Respectfully submitted,

          /s/ *Howard B. Katzoff*
          Howard B. Katzoff (Bar # 348292)
          717 D Street, NW  Suite 310
          Washington, D.C.  20004
          (202) 783-6414
          katzoffh@aol.com
          Counsel for Ronald Hinkle

**CERTIFICATE OF SERVICE**

I hereby certify that on this  30th   day of   November  , 2023,  a copy of the foregoing Motion was filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

          /s/ *Howard B. Katzoff*
          Howard B. Katzoff