## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| v. : | **Criminal No. 18 - 009 (CKK)** |
| : | |
| **RONALD HINKLE** : | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING AND TO EXTEND THE DEADLINE FOR FILING SENTENCING MEMORANDA AND POINTS AND AUTHORITIES IN SUPPORT THEREOF

COMES NOW the Defendant, through undersigned counsel, and respectfully moves this Court to continue the January 12, 2024 sentencing and extend the filing deadline for filing sentencing memoranda accordingly. In support thereof defendant states as follows:

1. On or about August 2, 2023, the defendant entered a guilty plea before this Court, and the matter was referred to the United States Probation Office for the pre-sentence investigation. The sentencing hearing was scheduled on January 12, 2023.

2. Since Mr. Hinkle was released into the HISP program in October 2022, he has been very focused on his need to further his vocational skills and to obtain employment. According to Ms. Schuck, his PSA officer, he has consistently done exceedingly well in the program. He was able to obtain his CDL license, and in or about late October he was offered a job with a D.C. Government Agency. He has been working full-time since then, and has also been getting assignments for overtime hours. It is counsel's understanding that the position lasts until March 31, 2024, and if they like his work he is likely to be offered a position at the Agency. According to Ms. Schuck, he gets to work very early and continues to be fully compliant with all his conditions. The feedback Mr. Hinkle is getting from his supervisors is very positive.

- 2 -

2.      Counsel believes it is very important to allow Mr. Hinkle to complete his job commitment, particularly since it seems that he has a very good chance of being hired for a position with the agency - an accomplishment that will go a long way in assuring that he will continue with his very positive adjustment - something that would be great for both Mr. Hinkle and the community.  At a minimum, if he is not offered the position, finishing the job commitment will still be very beneficial as he will be able to use his supervisor's recommendation to apply for other jobs.

3.      This case is in an unusual posture because, in light of Mr. Hinkle's positive adjustment, the government is recommending a 72 month sentence - the bottom of the agreed-upon range. With good time credit, Mr. Hinkle has already served nearly 66 months of his sentence, and has also served approximately 7 months on "home incarceration".  Counsel is hoping to get additional information from the BOP regarding sentencing options.  In addition, counsel believes that Mr. Hinkle's employment status could affect the sentencing options and the allocutions.   Thus, undersigned counsel discussed the matter with government counsel, who agreed not to oppose a request to continue sentencing until April 2024 so that his employment picture will be clear at the time of sentencing, and the information can be sought from the BOP.

4.      As noted above, the government does not oppose the request to re-schedule the sentencing hearing, or the request to set a new deadline for filing sentencing memoranda. Counsel discussed available dates with government counsel, and can represent that the parties are available April 9th, 10th, 11th, 16th, 18th, and 25th. If the Court is unavailable on those dates, the parties can work with the deputy clerk to find a date that is agreeable with the Court and the parties.

- 3 -

WHEREFORE, for the reasons set forth above, and for good cause shown, the Defendant respectfully requests that the Court grant his unopposed request to re-schedule the January 12, 2024 sentencing hearing to a date in April that is agreeable with the Court and the parties, and to extend the deadline for filing sentencing memoranda accordingly.

Respectfully submitted,

/s/ *Howard B. Katzoff*
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

**CERTIFICATE OF SERVICE**

I hereby certify that on this   16th   day of   December  , 2023, the foregoing motion was filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

/s/ *Howard B. Katzoff*
Howard B. Katzoff