**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **Criminal No. 18 - 009 (CKK)** |
| : | |
| **RONALD HINKLE** : | |

### ORDER

This Court has considered the Defendant's Unopposed Motion To Continue Sentencing and Extend The Deadline for Filing Sentencing Memoranda, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ day of ____December____, 2023,

**ORDERED**, that Defendant's motion is **GRANTED** and it is

**FURTHER ORDERED** that the January 12, 2024 sentencing date is hereby vacated, and shall be re-set for _____, 2024, at _____ A.M. / P.M.; and it is

**FURTHER ORDERED** that the parties' Sentencing Memoranda shall be due by _____.

**SO ORDERED.**

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE