IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

UNITED STATES OF AMERICA     :
                             :
v.                           :   Criminal No. 18 - 009 (CKK)
                             :
RONALD HINKLE                :

## ORDER

This Court has considered the Defendant's Unopposed Motion To Continue Sentencing and Extend The Deadline for Filing Sentencing Memoranda, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this __19th__ day of __December__, 2023,

**ORDERED**, that Defendant's motion is **GRANTED** and it is

**FURTHER ORDERED** that the January 12, 2024 sentencing date is hereby vacated, and shall be re-set for __April 25__, 2024, at __10:00__ A.M. ~~P.M.~~; and it is

**FURTHER ORDERED** that the parties' Sentencing Memoranda shall be due by __March 22, 2024__.

**SO ORDERED.**

_____
COLLEEN KOLLAR KOTELLY
UNITED STATES DISTRICT JUDGE