IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Criminal No. 18 - 09 (CKK) |
| | : | |
| **RONALD HINKLE** | : | |
| | : | |

**UNOPPOSED MOTION TO ENLARGE TIME
TO FILE DEFENDANT'S SENTENCING MEMORANDUM
AND POINTS AND AUTHORITIES IN SUPPORT THEREOF**

COMES NOW the Defendant, through undersigned counsel, and respectfully moves this Court for an extension of time to file his sentencing memorandum, to and including April 5, 2024. In support of this motion defendant states as follows:

1. Defendant's sentencing is scheduled on April 25, 2024, and his sentencing memorandum is due by March 22, 2024. The current sentencing date was requested because Mr. Hinkle had obtained employment with the D.C. Department of Public Works; counsel expected that the status of that employment would be clearer towards the end of March; and counsel would then be able to better assess possible sentencing proposals that would take into account his employment status.

2. Mr. Hinkle continues to be employed by the D.C. Department of Public Works. He has worked very hard, has been very punctual, has accepted numerous overtime shifts, and has had good evaluations. Counsel is awaiting information about Mr. Hinkle's job status, and expects the information in about a week. Thus, counsel is requesting an extension until April 5th within which to file defendant's sentencing memorandum.

- 2 -

3. The government authorized counsel to represent that it does not oppose the request for an extension of time until April 5th within which to file Mr. Hinkle's sentencing memorandum.

WHEREFORE, Defendant respectfully requests that the Court grant his request for leave to file his sentencing memorandum by April 5, 2024.

Respectfully submitted,

/s/ *Howard B. Katzoff*
Howard B. Katzoff (Bar # 348292)
717 D Street, NW  Suite 310
Washington, D.C.  20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

**CERTIFICATE OF SERVICE**

I hereby certify that on this  22nd   day of   March  , 2024,  a copy of the foregoing Motion was filed via the Electronic Court Filing System (ECF), causing a copy to be served upon government counsel of record.

/s/ *Howard B. Katzoff*
Howard B. Katzoff