IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 18 - 09 (CKK) |
| | : |
| RONALD HINKLE | : |

## ORDER

This Court has considered Defendant's Unopposed Motion To Enlarge Time To File His Sentencing Memorandum, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is, this __25th__ day of __March__ 2024,

**ORDERED**, that Defendant's motion is hereby GRANTED, and it is

**FURTHER ORDERED** that defendant's sentencing memorandum shall be due by April 5, 2024.

**SO ORDERED.**

_____
COLLEEN KOLLAR KOTELLY
United States District Judge