IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 18 - 09 (CKK) |
| | : Sentencing: April 25, 2024 |
| RONALD HINKLE | : |

# SENTENCING EXHIBIT 1

December 8, 2023

Character Letter for Ronald Hinkle

Andrea Bradley

Washington, DC 20002

Dear Your Honor,

I am writing to provide a character reference for Ronald Hinkle who is currently facing sentencing. I have known Ronald his entire life, he and I are first cousins. I believe it is important to convey my perspective on his character. Ronald has consistently demonstrated great qualities; he is always very positive, helpfully and respectful. Ronnie has always been a role model in our family, always being there for every one of his family members. He is always the person we call to get advice.

Ronald has always been involved in the community by volunteering at the recreation centers. He has made a huge impact in his life by getting a good job and helping care for our 94-year-old grandmother. He has been a huge help to our family. He helps his daughter with his granddaughter who loves and adores her grandfather.

I am confident that he has shown remorse for his actions and is committed to personal growth. I respectfully request that the court considers his character and potential for rehabilitation when determining an appropriate sentence.

Sincerely,
Andrea Bradley
202-486-7515



**United Planning Organization**
Workforce Institute Training Division
2907 Martin Luther King Jr. Ave SE
Washington, DC 20032

December 6, 2023

To Whom It May Concern:

I am Angela Hamilton, Case Manager of Ronald Hinkle. I had the opportunity of meeting Mr. Hinkle as he pursued a career in Commercial Driving 2 years ago. Mr. Hinkle later graduated from the 1st CDL of Nova located in Alexandria, Virginia.

Mr. Hinkle displayed early on his leadership skills, his personable personality, and his positive attitude as he enrolled in the United Planning Organization Workforce Institute CDL Training. Mr. Hinkle not only won a spot but was also chosen as the Valedictorian of his CDL class.

Mr. Hinkle displayed a positive attitude throughout the duration of the training. Mr. Hinkle graduated and obtained his Commercial Driver's License on September 22, 2023.

If given the opportunity Mr. Hinkle will continue to prosper as he follows his dreams of being the best version of himself in pursuing his career of choice as a Commercial Driver for himself and his family as well as being an asset to his community.

Please feel free to contact me if you have any further questions.

Sincerely,

*Angela Hamilton*
Angela Hamilton
Tele: 202-610-5840
Email: ahamilton@upo.org

COMMUNITY ACTION AGENCY FOR WASHINGTON DC
f y O t #IAMUPO



December 14, 2023

**To Whom It May Concern:**

This letter is about Ronald Hinkle, he has been an asset employee at the Department of Public Works (DPW). I have worked with Mr. Hinkle since November of 2023 to the present; it has been admirable to see how he contributes a positive impact on his co – workers. Mr. Hinkle always has a positive attitude and works well with others. When there is work to be done, Mr. Hinkle is always ready and available to do the task. Ronald Hinkle has made many accomplishments since he's been employed here at the Department. He is now studying and in training to obtain his Heavy Equipment Engineers License.

Any questions or concerns, please feel free to contact me on 202-727-0408.

Sincerely,

Eddie Sanders III
Associate Administrator
Solid Waste Special Operation Division