IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Criminal No.  18 - 09  (CKK) |
| : | Sentencing:    April 25, 2024 |
| RONALD HINKLE : | |

# **SENTENCING  EXHIBIT 2**

**Government of the District of Columbia**
Department of Public Works
Solid Waste Management Administration



**SOLID WASTE SPECIAL OPERATION DIVISION**

March 29, 2024

**To Whom It May Concern:**

This letter is about Ronald Hinkle, he has been an asset employee at the Department of Public Works. I have worked with Mr. Hinkle from 2023 to present, it has been admirable to see how he contributes a positive impact on his co-workers. Mr. Hinkle always has a positive attitude and works well with others. Mr. Hinkle has made many accomplishments since he's been employed here in the department. I truly recommend him for a Motor Vehicle Operator position with our agency. Unfortunately, our budget is not able to extend him currently. If anything changes between now and the start of our Leaf Season Program Mr. Hinkle would be considered for a temporary position until he is able to become permanent.

Any questions or concerns, please feel free to contact me on 240-876-1418.

Sincerely,

*Eddie Sanders III*
Eddie Sanders III
Associate Administrator

1725 15th St. NE, SE. Washington, D.C. 20011 (202) 645-3900

**FY 2024 LEAF SEASON ONLY**


**Solid Waste** Management Administration



1725 15th Street NE
Washington DC, 20002
(202) 576-6799

## MOTOR VEHICLE OPERATOR (TEMPORARY)
### EMPLOYEE PERFORMANCE EVALUATION FORM

This form is to be used to evaluate the temporary Motor Vehicle Operators during LEAF SEASON. The Rater(s)/Immediate Supervisor(s) will collaborate to complete and submit the evaluation to the Reviewer for review and approval. The Reviewer will submit the approved evaluation to the SWMA Evaluation Review Committee. Upon completion of their review, the Committee will return the evaluations to the immediate supervisors in order for him/her to distribute and discuss with the employee. The SWMA Main Office will forward a copy of the final evaluation to the DPW Human Capital Administration (HCA) for their records. Any evaluation appeals will be addressed by the DPW Evaluation Resolution Committee.

### PART I - GENERAL

| Date: March 14, 2024 | 2023 – 2024 Review Period | |
|---|---|---|
| Employee Name: Ronald Hinkle | 10/08/2023 | 03/31/2024 |
| Job Title: MOTOR VEHICLE OPERATOR | LEAF SEASON Supervisor Name: David Allison | |
| LEAF SEASON Ward, Zone, Other: 7 | Position Start Date: 10/11/2023 | Position End Date: 03/31/2024 |

### PART II – COMPETENCIES AND RATING GUIDANCE

Place a check √ in the box under the rating for each performance category. A written justification will be required for any Exceptional (5), Exceeds Expectation (4), Improvement Needed (2) and Unsatisfactory (1) ratings.

| JOB KNOWLEDGE | Exceptional (5) | Exceeds Expectations (4) | Successfully Meets Expectations (3) | Improvement Needed (2) | Unsatisfactory (1) |
|---|---|---|---|---|---|
| Employee's skill level and knowledge of their job requirements. | X | | | | |
| COMMENTS AND JUSTIFICATON | Mr. Hinkle shows his acknowledgement of the job by performing with the equipment that was giving to him (Shovels, Brooms, Blowers, Rakes and the Leaf-Vac that he operates, and at times while he was helping to rake the leaves or blowing the leaves. He is very formidable by sharing his skill level with his co-workers (driving tips when driving, hand signals when controlling the driver, and he seldomly requires help or instructions. | | | | |

| | Rating | Rating Guidance |
|---|---|---|
| | 5 | Expert in job; has thorough grasp of all parts of job. |
| | 4 | Very well informed, seldom requires help and instruction. |
| | 3 | Satisfactory job knowledge; understands and performs most parts of job well, occasionally requires help or instruction. |
| | 2 | Limited knowledge of job, further training required, frequently requires help or instruction. |
| JOB KNOWLEDGE | 1 | Lacks knowledge to perform job properly. |

| QUALITY OF WORK | Exceptional (5) | Exceeds Expectations (4) | Successfully Meets Expectations (3) | Improvement Needed (2) | Unsatisfactory (1) |
|---|---|---|---|---|---|
| Employee's ability to ensure that their work is performed accurately and thoroughly based on instructions from their supervisor, training and established practices. | X | | | | |
| COMMENTS AND JUSTIFICATON | Mr. Hinkle gives 100% percent high level of cleaning services every day to the Department of Public Works. He makes the assignment at the beginning of the day and at the end of the day near perfect by producing error free work and meets the maximum requirements of his position. | | | | |

| Rating | Rating Guidance |
|---|---|

**FY 2024 LEAF SEASON ONLY**


**Solid Waste** Management Administration



1725 15th Street NE
Washington DC, 20002
(202) 576-6799

| QUALITY OF WORK | | |
|---|---|---|
| | 5 | Highest quality possible; final job near perfect. |
| | 4 | Above Average Quality; usually produces error free work. |
| | 3 | Satisfactory Quality with very few errors and mistakes. |
| | 2 | Room for improvement, frequent errors, work requires checking & re-doing. |
| | 1 | Very Poor Quality; excessive errors and mistakes. |

| QUANTITY OF WORK | Exceptional (5) | Exceeds Expectations (4) | Successfully Meets Expectations (3) | Improvement Needed (2) | Unsatisfactory (1) |
|---|---|---|---|---|---|
| Employee's Level of Work Output. Includes initiative, pace and consistency. | X | | | | |
| COMMENTS AND JUSTIFICATON | Mr. Hinkle puts out a high level of work output every day by helping his co-workers when finishing what his supervisor asked him to do. He has a great work pace that produces more than most employees by handling a significant amount of work a day. Mr. Hinkle is a very high volume producer and a vey consistence above average worker. | | | | |

| QUANTITY OF WORK | Rating | Rating Guidance |
|---|---|---|
| | 5 | High volume producer, always does more than is expected or required. |
| | 4 | Produces more than most, above average. |
| | 3 | Handles a satisfactory amount of work, occasionally does more than is required. |
| | 2 | Barely acceptable, low output, below average. |
| | 1 | Not acceptable, extremely low output. |

| RELIABILITY | Exceptional (5) | Exceeds Expectations (4) | Successfully Meets Expectations (3) | Improvement Needed (2) | Unsatisfactory (1) |
|---|---|---|---|---|---|
| Employee's level of dependability, reliability and persistence in terms of being available for work, performing work properly and on time. | | X | | | |
| COMMENTS AND JUSTIFICATION | Mr. Hinkle always arrives to work on time that demonstrates a great attendance record and he is very reliable. He avoids difficulties that put a minus to the job so he makes the work easy for himself and co-workers. Mr. Hinkle works well under pressure, so when things get difficult he is very highly persistent and usually gets the job done. | | | | |

| RELIABILITY | Rating | Rating Guidance |
|---|---|---|
| | 5 | Highly persistent, always gets the job done on time. Regularly arrives to work early. |
| | 4 | Very reliable, above average, usually persists, even if there are difficulties. Reports to work on time, may report to work early. |
| | 3 | Usually gets the job done on time, works well under pressure. Reports to work on time. |
| | 2 | Sometimes unreliable, avoids responsibility, satisfied to do the minimum. Reports to work on time, occasionally late. Improvement needed. |
| | 1 | Usually unreliable, does not accept responsibility, gives up easily. Frequently reports to work late or leaves early. |

| INITIATIVE AND CREATIVITY | Exceptional (5) | Exceeds Expectations (4) | Successfully Meets Expectations (3) | Improvement Needed (2) | Unsatisfactory (1) |
|---|---|---|---|---|---|
| Employee's ability to plan work and start a task without being told every detail. | X | | | | |
| COMMENTS AND JUSTIFICATION | Mr. Hinkle shows initiative in completing the task and making constructive suggestions for improvement. Mr. Hinkle has the ability to plan the work for a day. He is a self starter, anticipates needed actions and he shows unusual drive and perseverance by going ahead with little or no instructions from his supervisor. | | | | |
| | Rating | Rating Guidance |

TEMPORARY Motor Vehicle Operator Leaf Season Performance Evaluation Form         2

==FY 2024 LEAF SEASON ONLY==


**Solid Waste** Management Administration



1725 15th Street NE
Washington DC, 20002
(202) 576-6799

| INITIATIVE AND CREATIVITY | | |
|---|---|---|
| | 5 | Shows unusual drive and perseverance, anticipates needed actions, and frequently suggests better ways of doing things. |
| | 4 | Self-starter; goes ahead on own with little or no direction, progressive, makes some suggestions for improvement. |
| | 3 | Very good performer, shows initiative in completing tasks. |
| | 2 | Does not start on own, waits for direction, routine worker. |
| | 1 | Lacks initiative, less than satisfactory performance. |

| JUDGEMENT | Exceptional (5) | Exceeds Expectations (4) | Successfully Meets Expectations (3) | Improvement Needed (2) | Unsatisfactory (1) |
|---|---|---|---|---|---|
| Employee's ability to make sound decisions based on facts and their role on the leaf season team. | X | | | | |
| COMMENTS AND JUSTIFICATION | Mr. Hinkle uses very good judgement when dealing with people and situations when removing leaf bags, branches, raking leaves, blowing leaves and making the residents happy. Mr. Hinkle judgement is proven by handling situations exceptionally well, and his thinking is very mature and sound. | | | | |

| JUDGEMENT | Rating | Rating Guidance |
|---|---|---|
| | 5 | Uses exceptionally good judgment when analyzing facts and solving problems. |
| | 4 | Above average judgment, thinking is very mature and sound. |
| | 3 | Handles most situations very well and makes sound decisions under normal circumstances. |
| | 2 | Uses questionable judgment at times, room for improvement. |
| | 1 | Uses poor judgment when dealing with people and situations. |

| COOPERATION | Exceptional (5) | Exceeds Expectations (4) | Successfully Meets Expectations (3) | Improvement Needed (2) | Unsatisfactory (1) |
|---|---|---|---|---|---|
| Employee's willingness and ability to work well with others in getting a job done; readiness to respond positively to instructions and procedures. | X | | | | |
| COMMENTS AND JUSTIFICATION | Mr. Hinkle readiness to respond positively to instructions and his willingness and ability to work well with co-workers. Mr. Hinkle is extremely cooperative with his superiors and co-workers in fully completing the task, and shows a lot of effort to the overall group and department. | | | | |

| COOPERATION | Rating | Rating Guidance |
|---|---|---|
| | 5 | Extremely cooperative, stimulates teamwork and good attitude with others. |
| | 4 | Goes out of the way to cooperate and get along. |
| | 3 | Cooperative, gets along well with others. |
| | 2 | Indifferent, makes little effort to cooperate or is disruptive to the overall group or department. |
| | 1 | Negative and difficult to get along with. |

## PART III – OVERALL SCORE

*Add the rating scores for the seven (7) Performance Categories and place that total number in the box below.*

**FY 2024 LEAF SEASON ONLY**



# Solid Waste
Management Administration



1725 15th Street NE
Washington DC, 20002
(202) 576-6799

| OVERALL SCORE | 34 |
|---|---|

## PART IV – ATTENDANCE

*The Attendance information will be reviewed for the number and types of absence. Note that the Attendance information provided below will factor in to whether or not an employee will be able to return for the next Leaf Season.*

**INSTRUCTIONS:** (1) Circle the number of days the employee was absent during Leaf Season AND
(2) Provide the number of days for each type of absence on the lines below.

**ATTENDANCE:**

Employee's faithfulness in coming to work daily.

**NOTE: THE NUMBER OF AWOLS WILL IMPACT AN EMPLOYEE'S ELIGIBILITY TO RETURN FOR ANOTHER LEAF SEASON**

**Total Number of Days by Type of Absence**

_____ Absent Without Leave (AWOL)**
_____ Administrative Closing Pay (ACP)
_____ Administrative Worked (ACW)
_____ Annual Leave Scheduled (ALTS)
_____ Annual Leave Unscheduled (ALT)
_____ Bereavement (BEV)
_____ Leave Without Pay (LWOP)
_____ Sick Leave Scheduled (SLTS)
_____ Sick Leave Unscheduled (SLT)

A glossary for the types of absences and the Time Reporting Codes (TRCs) is provided below for your information.

### Time Reporting Codes

| TRC CODE | DEFINITION | TRC CODE | DEFINITION |
|---|---|---|---|
| AWOL | Absent Without Leave: Used when an employee is absent without appropriate authorization from his/her supervisor. Additionally, they have failed to notify the supervisor either in person or via phone of the anticipated absence. An employee may be charged AWOL whether or not the employee has leave to his/her credit. | BEV | Bereavement: Used when an employee takes leave due to a death or to attend a funeral. Employees are entitled to not more than three (3) days to make arrangements for or attend the funeral or memorial service of an immediate relative (**). The employee may also be granted an additional two (2) days (Annual or Sick Leave) upon the death or an immediate relative.<br><br>**Immediate Relative: An individual who is related to an employee by blood, marriage, adoption or domestic partnership as father, mother, child, husband, wife, sister, brother, aunt, uncle, grandparent, grandchild, fiancé or fiancée. |
| ACP | Administrative Closing Pay: Used to pay an employee when there is an Administrative Closing (Weather/Public emergency). | LWOP | Leave Without Pay: Used when an employee is approved for leave and either requests LWOP or does not have leave to use |

**FY 2024 LEAF SEASON ONLY**


Solid Waste Management Administration



1725 15th Street NE
Washington DC, 20002
(202) 576-6799

| ACW | Administrative Closing Worked: | SLTS | Sick Leave Scheduled: Used when an employee requests and is approved for Sick Leave at least 24 hours in advance of the start of his/her regular tour of duty. This is usually for planned medical appointments. |
|---|---|---|---|
| ALTS | Annual Leave Scheduled: Used when an employee requests and is approved for Annual Leave at least 24 hours in advance of the start of his/her regular tour of duty. | SLT | Sick Leave Unscheduled: Used when an employee requests and is approved for Sick Leave less than 24 hours in advance of the start of his/her regular tour of duty. This is usually as a result of an emergency. |
| ALT | Annual Leave Unscheduled: Used when an employee requests and is approved for Annual Leave less than 24 hours in advance of the start of his/her regular tour of duty. This is usually as a result of an emergency. | | |

## PART IV – SIGNATURES

| LEAF SEASON Supervisor's/Rater's Name (PRINT) | Title: Sanitation Supervisor |
|---|---|
| DAVID ALLISON | |
| Signature *David Allison* | Date: 3/5/2024 <br> March 14, 2024 |

## PART V – REVIEW AND FINAL SIGNATURE

| Reviewer's Name (PRINT) | Title |
|---|---|
| Eddie Sanders | Ass. Administrator |
| Signature *Eddie Sanders* | Date 3-14-24 |

## PART VI – Employee Signature

| Employee's Name (PRINT) | Title |
|---|---|
| | |
| Signature | Date |