IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | Criminal No.  18 - 09 (CKK) |
| | : | |
| RONALD  HINKLE | : | |

NOTICE OF FILING

Defendant, by and through undersigned counsel, submits his attached letter to the Court, along with six additional character letters, in support of his sentencing memorandum.

Respectfully submitted,

 /s/ *Howard B. Katzoff*
Howard B. Katzoff (Bar# 348292)
717  D Street, N.W.,  Suite 310
Washington, D.C. 20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing Notice of Filing and attached letters in support of his sentencing memorandum were filed via the Electronic Court Filing System (ECF), causing a copy to be served  on government counsel of record this   17th  day of  April  , 2024.

 /s/ *Howard B. Katzoff*
Howard B. Katzoff