"Dear Judge Kotelly

My name is Ronald Hinkle. I am writing to you today to apologize to you, the community, the government, and my family for my conduct in this case. As your Honor knows, I spent nearly 5 years in jail, with a significant amount of that time under severe COVID restrictions, and then spent 18 months on house arrest in which 7 months was strict. That time was very difficult for me, and for my family, but it is important for me to acknowledge that it gave me a lot of time to think and talk to the people close to me. I had never been in jail for a very long time, so this was the first time I got to really look at my life and reflect on my poor decisions. It gave me time to really see the effects that drugs have in the community. It woke me up and I think it is making me a better person. I realized the hurt I caused and I know that I can never put myself or my family in this situation again. I know I don't want to contribute to the problems in the community. I regret the decisions I made in the past and I am committed to making positive contributions as I go forward. I can assure Your Honor that my past is behind me and you do not have to worry about me getting in trouble again.

I hope you can tell by my conduct over the past 18 months that I mean what I say.

I want to sincerely thank Judge Sullivan, Your Honor, and the government for the faith you all have put in me. It gave me a chance to get myself on track to obtain my CDL license and in the near future a position with DPW again. It has also gave me time to spend with my Grandmother Fersner who transitioned in January. She was a major part in my life. It has given me the opportunity to help take care of my Grandmother Hinkle who is 94 years old and my aunt and to repay them for the emotional and financial support they have provided for me over the past couple years. I really appreciate the opportunities you have made possible.

I ask Your Honor's understanding and compassion when you sentence me. I don't know if I have a right to ask this, but I hope you can find a way to fashion my punishment in a way that allows me to keep working and help to continue to ~~support~~ support my family - and repay them and the community for my past mistakes.

Thank you for taking time to hear from me.

Ronald Hinkle