Dear Judge,

I am Ronald Hinkle's daughter, Brianna Blassingame. First, I would like to say thank you so much for allowing my dad to come home. His being home meant a lot to our family. Ronald Hinkle is a loving a caring son, brother, father and grandfather. One of the greatest things about my dad is that he is a family man. My dad was able to see his one and only granddaughter without having limited hours and was able to attend her birthday party for the first time. His being home also allowed him to spend time and help take care of his grandparents. On January 18, 2024, his grandmother Sadie Fersner passed away. Although the passing of his grandmother was heartbroken, He got the chance to attend her last surprise Birthday party before her passing. If he was still incarcerated, he wouldn't have been able to spend her last days with her, so we are all grateful for that. My dad has helped and done so much since he has been home. He worked and studied hard to get his CDL license, he got a job and Every Sunday morning my dad attends church. My dad also helps me from time to time picking up my daughter when I need him too. He never complains about helping his family out and is always there for us.

Thank you in advance.

Brianna

Wednesday, April 10, 2024

Dear Senior Judge, Kollar-Kotelly,

My name is Gladys Fersner-Holland, and I would like to take this opportunity to thank you and Senior Judge Sullivan so much for presiding over my son Ronald Hinkle's case.  Just want to thank the entire judicial system as well.  Your time is valuable, and I don't take it lightly.  It has been a long and very challenging process, as this case have been through the COVID season where there were a lot of ups, downs, delays. and uncertainties but you all continued to work through all of that.

Most importantly, I would like to thank you all for releasing Ronald from prison, which allowed him to be a better citizen of society and re-build relationships with his family.  He spent valuable time with my 90-year-old mom (Sadie Fersner) who transitioned on January 18, 2024.  He continues to provide living assistance for his 94-year-old grandmother and disabled aging aunt who always need someone in the house.

Ronald is a God-fearing man with a kind heart who is very humble.  I know Ronald has learned from his mistakes and is ready to move forward with his life.  He remains in compliance with the requirements of his house arrest and has maintained employment.  I pray for his release so that he continues this path and be a productive citizen.

Kindest regards,

Gladys Fersner-Holland

Monday, April 15th, 2024

Dear Judge, Kotelly,

My name is Patricia Fersner, and I am Ronald Hinkle's aunt. Ronnie is my first nephew. I don't have any children, so he is like my son. I want to thank you for allowing him to be home during my 90-year-old mom's sudden illness. My Mom was so thankful when he came home from prison. This gave her a chance to spend a lot of time with him. She and Ronnie had a very close relationship. He was her first grandson who lived in the same household until he was 10 years old. My mom lived with me in Upper Marlboro, Maryland and she could always count on his routine visits. Before she passed away, she was able to give him advice on the decisions that he had made and how to make better choices in life to come. She always instilled good life and biblical values in us. So, this letter is from me and on behalf of my mom. Thank you so much for all you have done and God Bless you.

Sincerely,

Patricia Fersner

To the Honorable Judge Kotelly,

My name Roneeka Hinkle, I'm writing you on behalf of my brother Ronald Hinkle. I do not believe he is/will be a threat to society in any way. I feel strongly about my brother's commitment and future in operating commercial vehicles. He's a person of good moral character and overall stand up guy. I've know my brother my entire life and I've seen him go through ups and downs and still remain a decent person to the core. My brother has always lived by family values and has shown my sons traits of a gentleman. He's always been and always will be a big deal to me. As a mom of 6 he's always been a listening ear, helping hand and voice of reason. My brother has taken advantage of his time since being released and obtained his CDL and securing a job. He has also took time out to volunteer with my children's sports events and programs when needed. I strongly feel that imprisonment Will highly affect his future in trucking and deprive his family of a valuable deed. I know for a fact he is deeply regretful of and mistake he's ever made and has shown enthusiasm towards doing things right. I'm quite confident of him that he will continue to thrive for better and I'm hoping that you can restore your faith in him. My brother is a well mannered and dignified man who has been seen as a person of bad impact and that's not who he is. I realize that might be hard to believe, given the circumstances but it's true nonetheless. I'm asking you to consider not hindering his career by sending him to prison and deprive him of invaluable time with his family and assisting with care of our 94 yr old gma and great aunts(1 being intellectually disabled). I believe I'm a good person to speak on Ronald's moral character, so I hope you will take my letter in consideration when making your decision.


Kind Regards,


Roneeka Hinkle

Dear Honorable Judge Kotellly,

My name is Jermoni Benson. I am 19 years old and the niece of Ronald Hinkle. There are very prevalent moments in my life where my uncle has been the epitome of compassion and responsibility. For example, the constant care and stability he provides for my great grandmother and great aunt. By tending to their in house needs and patiently aiding them in whatever duties they choose to still independently carry out. Also, with me currently being in my second year of college, my uncle Ronald has been so very supportive and eager to watch me grow but also providing me with insight on life as I try to navigate for myself. Through this I hope it is easy to see how much of a loving family man my uncle is and how much of a positive impact he has on me and my family.

Thank You

Jermoni Benson

To the Honorable Judge Kotelly,

My name is Jeremy Benson and I am a high school athlete. I have known Ronald or how me and my siblings would say "Uncle Ronnie" my whole entire life. Ronald has always been a family oriented guy who can always tell you right from wrong. Uncle Ronnie plays a big role in my life with guiding and supporting all my goals I want to achieve in life. Also his huge role in helping my elderly great-grandmother and developmentally disabled aunt around the house and making sure their ok. Overall he's a great guy who I believe would do anything to make his family happy and doesn't deserve to be incarcerated.

Respectfully,

Jeremy Benson