Dear Honorable Judge

My name is Asheigh Holland, and I am Ronald Hinkle's youngest sister. I just want to tell you a little about my big brother. Being siblings forced us to be together. He made us best friends. He has taught me so much. He showed me so much and made me more family oriented. His example is so amazing, he showed me the value of family. He always got my grandmother a Sunday newspaper, took her to the doctors and had breakfast with her every Tuesday. He spent a lot of time with her and that's a known fact. I admire his schedule because he is always on time for work, appointments, family engagements etc. The unique thing is even when he was incarcerated, he had scheduled times to call each person so he would not interrupt their day and we did not have to watch our phones to not miss his phone calls.  Especially our grandmothers, he made sure he called them at the same time once a week and believe me they would be waiting for him to call.  During our visits he held me accountable, which helped me step my game up on family. He also would do the same for my other grandmother. He sits with them, and watches shows to know their favorite ones.

Ronald made me know how I should be treated by any human. He has a very golden heart. He gives the best advice. I must beg him to treat him or do something for him, so I just do it on my own. I don't think we ever had a disagreement. He knows how to give a compliment and say something positive then come with constructive criticism. He is always there when I call him even if it's just to check in. He has been my backbone. He has been around for everything big and small in my life. I truly appreciate you reading about my brother.

He is very gentle, quite observant and loving. He does not know how I feel because he is so humble that he feels I am exaggerating. He just doesn't realize how awesome he really is to me.

Please feel free to call me on 202-460-7627 if you need to.

Thank you in advance.

Ashleigh