## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| | : | |
| **v.** | : | **Criminal No.  18 - 09  (CKK)** |
| | : | **Sentencing:   May 7, 2024** |
| | : | |
| **RONALD HINKLE** | : | |
| | : | |

### DEFENDANT'S SUPPLEMENTAL SENTENCING MEMORANDUM

Defendant, Ronald Hinkle, through undersigned counsel,  respectfully submits this supplemental sentencing memorandum to update defendant's requests for Bureau of Prisons (BOP) recommendations. Specifically, defendant requests that the Court make the following alternative recommendations to the BOP:

1)  Recommendation for immediate placement in a Residential Reentry Center.

2)  Recommendation for participation in the First Step Act Earned Credits program,

3)  If required to surrender to a BOP facility, defendant requests the following designations:

- FCI Fort Dix Low (if appropriate), or

- FCI Allenwood Low (if appropriate), or

- FCI Petersburg Low (if appropriate)

Respectfully submitted,

/s/ *Howard B. Katzoff*
Howard B. Katzoff (Bar #348292)
717 D Street, N.W., Suite 310
Washington, DC 20004
(202) 783-6414
katzoffh@aol.com
Counsel for Ronald Hinkle

– 2 –

**CERTIFICATE OF SERVICE**

I hereby certify that this ___7th___ day of ___May___, 2024,  a copy of the foregoing Supplemental Sentencing Memorandum was filed via the Electronic Court Filing System ("ECF"), causing a copy to be served upon government counsel, and that a copy was electronically served upon United States Probation Officer Robert Walters.

_/s/ Howard B. Katzoff_____
Howard B. Katzoff