**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | |
| | : | **Criminal No. 18 - 009 (CKK)** |
| **RONALD  HINKLE** | : | |
| | : | |
| **Defendant.** | : | |
| | : | |

**ORDER**

This Court has considered the Defendant's Unopposed Motion To Modify Supervised

Release Conditions, and it appears to the satisfaction of the Court that such relief should be

granted.

Accordingly, it is this _____ day of _____, 2025,

**ORDERED**  that the defendant's current Location Monitoring condition (home detention)

shall be replaced by Location Monitoring with a curfew from  9:00 p.m. until 6:00 a.m.; and it is

**FURTHER ORDERED** that Probation shall be permitted to modify the curfew hours as

the defendant's condition and circumstances warrant; and it is

**FURTHER ORDERED** that all other conditions shall remain the same.

**SO ORDERED.**

 

_____
COLLEEN  KOLLAR-KOTELLY
United States District Judge