UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| v. | : Criminal No. 18 - 009 (CKK) |
| RONALD HINKLE | : |
| Defendant. | : |

## ORDER

This Court has considered the Defendant's Unopposed Motion To Modify Supervised Release Conditions, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this __22.__ day of __January__, 2025,

**ORDERED** that the defendant's current Location Monitoring condition (home detention) shall be replaced by Location Monitoring with a curfew from 9:00 p.m. until 6:00 a.m.; and it is

**FURTHER ORDERED** that Probation shall be permitted to modify the curfew hours as the defendant's condition and circumstances warrant; and it is

**FURTHER ORDERED** that all other conditions shall remain the same.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge