UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| v. : | **Criminal No. 18 - 009 (CKK)** |
| **RONALD HINKLE** : | |
| **Defendant.** : | |

## ORDER

This Court has considered the Defendant's Unopposed Motion To Modify Supervised Release Conditions, and it appears to the satisfaction of the Court that such relief should be granted.

Accordingly, it is this _____ day of _____, 2025,

**ORDERED** that the defendant's Location Monitoring / Curfew condition shall be terminated;

**AND IT IS FURTHER ORDERED** that the other conditions of supervised release shall remain the same.

**SO ORDERED.**

_____
COLLEEN KOLLAR-KOTELLY
United States District Judge